No. 853.  GREEN FUEL ECONOMIZER CO., INC., ET AL. v. ARC & GAS WELDER ASSOCIATES, INC.  C. A. 4th Cir. Certiorari denied.  *Byron N. Scott* and *Robert D. Scott* for petitioners.  *John Henry Lewin* for respondent.

No. 854.  LOS ANGELES TRUST DEED & MORTGAGE EXCHANGE ET AL. v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 9th Cir.  Certiorari denied.  *Morgan Cuthbertson* for petitioners.  *Solicitor General Cox, Walter P. North* and *David Ferber* for respondent.

No. 855.  CITY OF MADISON HEIGHTS v. DRAINAGE BOARD FOR THE TWELVE TOWNS RELIEF DRAINS ET AL.  Supreme Court of Michigan.  Certiorari denied. *H. Eugene Field* and *Harry N. Dell* for petitioner.  *Norman R. Barnard* and *Claude H. Stevens* for respondents.

No. 848.  HELM ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Charles G. Neese* and *Morton B. Howell, Jr.* for petitioners.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 136, Misc.  DUNCAN v. MADIGAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for respondent.

No. 692, Misc.  ROMANO v. MURPHY, WARDEN.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.*  *Isidore Dollinger* and *Walter E. Dillon* for respondent.